UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS PERRY,

      Plaintiff,

v.                                     **Case No.: 8:14-CV-2203-T-23EAJ**

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

On October 1, 2014, the Court denied without prejudice Plaintiff's construed Motion for Leave to Proceed in forma pauperis because Plaintiff had not submitted the required affidavit concerning his indigency.  Plaintiff was granted an opportunity to file a renewed, notarized motion to proceed in forma pauperis and file an amended complaint within twenty-one days. (Dkt. 9)  While Plaintiff timely filed an amended complaint (Dkt. 12), he has not timely filed a notarized affidavit of indigency or paid the filing fee.

Accordingly, and upon consideration, it is **RECOMMENDED** that:

(1)     this case be dismissed for failure to prosecute.  See Local Rule 3.10(a), M.D. Fla..

**Dated: December 3rd, 2014**

ELIZABETH A JENKINS
United States Magistrate Judge

## <u>NOTICE TO PARTIES</u>

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).


Copies to:
Counsel of Record
District Judge