UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS PERRY,

    Plaintiff,

v.                                               CASE NO.: 8:14-cv-2203-T-23EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**ORDER**

On December 3, 2014, the magistrate judge recommended (Doc. 16) dismissing this action because the plaintiff failed to renew his motion to proceed *in forma pauperis*. After the magistrate judge's recommendation and two months late, the plaintiff moves (Doc. 17) for additional time to renew his motion to proceed *in forma pauperis*. Although the plaintiff must comply with applicable rules and deadlines, the plaintiff's change of residence from one prison to another warrants some leniency (which the plaintiff cannot expect again). No later than **JANUARY 23, 2015**, the plaintiff must either (1) file an amended and compliant motion to proceed *in forma pauperis* (including a proper notarization) or (2) pay the

filing fee of $350.  Failure to comply with this order will result in dismissal without further notice.  The report and recommendation (Doc. 16) is **DECLINED**.

ORDERED in Tampa, Florida, on January 6, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE